IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN THE MATTER OF:                                  CHAPTER 7

MAGAN GONZALEZ                              CASE NO. 05-05671-EE

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, **Eileen N. Shaffer**, Trustee, by and through her attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Magan N. Gonzalez | P O Box 180064, Richland, MS 39218 | $ 70.47 |
| Magan N. Gonzalez | P O Box 180064, Richland, MS 39218 | $803.44 |
|  | Total | $873.91 |

True and correct copies of the checks issued to the above named individual are attached hereto as Exhibits "A". and "B". The checks were sent to the address listed above, which was the address listed on the debtor's schedules, but the checks were never cashed and stop payments were issued. The debtor's attorney has made an effort to get a correct address, but has been unable to.

**WHEREFORE, PREMISES CONSIDERED**, Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, or electronically transmitted, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Robert Rex McRaney, Jr., Esq.
Attorney for Debtor
P. O. Drawer 1397
Clinton, MS  39060-1397

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS  39269-1602

**SO CERTIFIED** this the ____ day of _____, 2008.

_____
EILEEN N. SHAFFER

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    109
1-27/210

| Case | Debtor |
|---|---|
| 05-05671 EE | GONZALEZ, MAGAN |
| 312090285566 | |
| PER CT ORD DATED 10/24/07 | |

TID #440040
EILEEN N. SHAFFER
401 EAST CAPITAL
SUITE 316
JACKSON MS 39201

Date    11/06/2007    $ **********803.44

~~~Eight Hundred Three Dollars and 44/100

Pay to the Order of    MAGAN GONZALEZ
P.O. BOX 180064
RICHLAND MS 39218

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    108
1-27/210

| Case | Debtor |
|---|---|
| 05-05671 EE | GONZALEZ, MAGAN |
| 312090285566 | |
| PER CT ORD DATED 10/24/07 | |

TID #440040
EILEEN N. SHAFFER
401 EAST CAPITAL
SUITE 316
JACKSON MS 39201

Date    11/06/2007    $ **********70.47

~~~Seventy Dollars and 47/100

Pay to the Order of    MAGAN GONZALEZ
P.O. BOX 180064
RICHLAND MS 39218

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW